# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

Sage Virgil Eichenburch

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

University of Missouri

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____

*(to be filled in by the Clerk's Office)*

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☐ Yes ☑ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sage Eichenburch |
| Street Address | 505 Main Street |
| City and County | Prairie Home, Cooper County |
| State and Zip Code | MO 65068 |
| Telephone Number | (660) 537-0940 |
| E-mail Address | sage.vee@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | University of Missouri |
| Job or Title (if known) | |
| Street Address | 105 Jesse Hall |
| City and County | Columbia, Boone County |
| State and Zip Code | MO 65211 |
| Telephone Number | (573) 882-2011 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | UM Extension, 4-H Center for Youth Development |
| Street Address | 540 Hitt St |
| City and County | Columbia, Boone County |
| State and Zip Code | MO 65211 |
| Telephone Number | |

## II.   Cause of Action

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☐ Other federal law *(specify the federal law)*:

_____

☑ Missouri Human Rights Act, Missouri Revised Statute § 213.055

☐ Other state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

## III. Administrative Procedures

A. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: 08/06/2025 _____
☐ No

***Attach copy of the charge to this Complaint***

B. Have you received a Notice of Right-to-Sue Letter from the Equal Employment Opportunity Commission?

☑ Yes  ☐ No

***If yes, please attach a copy of the letter to this Complaint.***

C. Did you file a charge of discrimination against Defendant(s) with the Missouri Commission on Human Rights?

☐ Yes    Date filed: _____
☑ No

***Attach copy of the charge to this Complaint***

D. Have you received a Notice of Right-to-Sue Letter from the Missouri Human Rights Commission?

☐ Yes  ☑ No

***If yes, please attach a copy of the letter to this Complaint.***

4

E.    If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

☐ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission

## IV.    Statement of Claim

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☑ Retaliation.

☐ Harassment/Hostile Work Environment

☐ Other acts *(specify)*: _____

*(Note:    Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on the following date(s):

5/30/2025-6/6/2025

C.    I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

5

Case 2:26-cv-04112-MDH    Document 1    Filed 05/18/26    Page 5 of 9

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [x] gender/sex Male, differential treatment _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

_____

E. Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED _____

_____

_____

_____

_____

_____

_____

6

## V. Relief

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)

- [ ] Defendant be directed to employ Plaintiff
- [✔] Defendant be directed to re-employ Plaintiff
- [ ] Defendant be directed to promote Plaintiff
- [ ] Defendant be directed to _____
- [✔] Monetary damages (please explain): $150,000--SEE ATTACHED
- [✔] As additional relief to make Plaintiff whole, Plaintiff seeks (please specify and explain):

Reinstatement of existing PTO, Compensatory Time, and Sick Leave at the time of termination, and retraction and destruction of all claims made against Plaintiff

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/17 , 20 26.

Signature of Plaintiff _Sage Eichenburch_

Printed Name of Plaintiff _Sage Eichenburch_

7

## IV. Statement of Claim

The Plaintiff was wrongfully terminated by the University following a false claim made against the Plaintiff. No investigation was conducted and the Plaintiff was treated differently than other employees because of the Plaintiff's sex/gender (male). The field in which the Plaintiff worked required close work with minors, who were predominately female. The Plaintiff was falsely accused of making inappropriate contact with a female youth by an unknown party on 5/30/2025, on the University of Missouri Campus, during Missouri State 4-H Congress. The Plaintiff was placed on administrative leave on 6/4/2026, via a video meeting, and told by HR personnel that there would be an investigation into a claim against them, but no information was provided regarding the nature of the claim, the alleged incident, or the individuals involved.

There is ample evidence to support the Plaintiff's position that he was fired because of sex/gender discrimination and has suffered from retaliation prior to and following termination. The Plaintiff was not given due process and was notified of termination on 6/5/2026, via video meeting, less than 7 business hours after being placed on administrative leave. This investigation was fundamentally flawed as no witnesses present at the event were interviewed. Dr. L.F., the Missouri 4-H Senior Program Director, Dr. M.S., the Assistant Program Director, and Ms. P. H., the Plaintiff's direct supervisor, were not involved in the decision, nor were they given notification of the proceedings against the Plaintiff, nor interviewed or otherwise contacted regarding the investigation conducted by HR. Other employees present at the event, including Ms. M.K, the event coordinator, were not contacted by HR regarding the investigation. Additionally, the youth allegedly involved in the fabricated incident was not contacted by HR. Plaintiff was provided with no evidence of misconduct, nor with any evidence of their violation of University policy or procedure. In the Position Statement filed with the EEOC by the University, the University falsely claims that Plaintiff and alleged youth "were seen walking off alone together" and "stepping behind a curtain partition multiple times resulting in them being alone without another participant or adult present." Both of these claims are categorically and demonstrably false. The University sites witnesses seeing the Plaintiff with their arm around the youth allegedly involved – this is an invalid cause for termination, as it is in the guidelines for acceptable contact with participants. Additionally, no report was made to the Missouri Department of Social Services, despite the parties involved being Mandated Reporters. This is clear evidence that the University had no evidence of wrongdoing on the part of the Plaintiff and chose to terminate the Plaintiff for no reason other than because of their sex/gender.

The University claims in their position statement that the decision for termination of the Plaintiff was made as a matter of youth safety. However, the University has not terminated female employees that flagrantly jeopardized the well-being of youth. A.D., a 4-H Youth Specialist, compromised the wellbeing of program participants multiple times to the degree that the participants sent a letter regarding the matter to 4-H and Extension leadership – A.D. was in no way reprimanded for her behavior, nor terminated. A.P., an Extension Specialist, was charged with domestic abuse involving a child, and similarly faced no repercussions from the University. Another female 4-H Youth Specialist, K.H., has transported a youth to and from meetings on

multiple occasions. In these instances, they were alone in the vehicle for hours at a time – the specialist has not faced any repercussions for this violation of policy.

There are numerous instances of female employees making close contact with youth, including hugs, arms around shoulders, and grabbing youth participant's arms. Many of these instances are documented in photos and none of these female employees ever faced any repercussions for making physical contact with youth of any gender.

Prior to the Plaintiff's termination, the Assistant Program Director, Dr. M.S., stated her belief that the Plaintiff was subject to different treatment by the University than other employees because of his status as a young male.

Following termination, the Plaintiff's access to University accounts and systems was immediately revoked. The Plaintiff was enrolled as a student at the University at the time, and the removal of access to accounts impeded the Plaintiff's ability to complete academic requirements for graduation. The Plaintiff was assured by HR personnel during the termination meeting on 6/5/2026 that the termination would not impact the Plaintiff's status as a student, and that the Plaintiff should contact HR personnel if they were unable to access necessary platforms. The Plaintiff contacted HR representatives on 6/9/2026 and 6/16/2026 regarding the inability to access systems and platforms required for academic work. HR failed to respond to either email and never resolved the matter. HR demonstrated clear retaliatory measures by damaging the Plaintiff's academic wellbeing after assuring that this would not be an issue.

It is believed that the report submitted to HR was filed by a disgruntled employee as retaliation. The Plaintiff removed a 4-H Youth Specialist's, K.H., access to the online enrollment system at the direction of the Program Director and in accordance with the Plaintiff's job duties. K.H. behaved in an angry and aggressive manner following this and directed that anger directly at the Plaintiff. The Plaintiff believes that K.H. filed the claim as an act of retaliation, and that the University subsequently failed to adequately investigate the validity of the claim.

**V. Relief**

The Plaintiff seeks $150,000 monetary damages on the basis that their termination led to significant financial loss and severe emotional distress. The Plaintiff's termination incurred substantial losses to income as well as the loss of job benefits including health, dental, and vision insurance.